IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY BUSH, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-3172 |
| | : | |
| v. | : | |
| | : | |
| LANCASTER CITY BUREAU OF POLICE, et al., | : | |
| | : | |
| Defendants. | : | |

### **ORDER**

AND NOW, this 26th day of August, 2008, upon review of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 9), and Plaintiff's Response thereto, for the reasons stated in a Memorandum issued on this date, the following is hereby ORDERED:

1. Defendants' Motion to Dismiss is GRANTED on all counts with respect to defendant Lancaster City Bureau of Police; and

2. Defendant's Motion to Dismiss is GRANTED on Counts II, IV and VII only and DENIED on Counts I, III, V and VI with respect to defendant Corll.

BY THE COURT:

S/ James T. Giles
J.